UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CASA BLANCA CLINIC I, P.L.L.C.<br>DBA CASA BLANCA MEDICAL GROUP<br>KAREN BUCK, EXEC. DIR.<br><br>Debtor(s). | Case No. 01-00937-ECF RTB<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

ROBERT P. ABELE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 194 | 05/27/09 | LESLIE JOSLIN<br>680 S. STARDUST LANE<br>APACHE JUNCTION, AZ 85220 | $1,418.00 |
| 199 | 05/27/09 | SARA LEE COREY<br>245 S. 36TH ST., LOT #69<br>MESA, AZ 85206 | $475.12 |
| 202 | 05/27/09 | WADE MCBRIDE<br>260 EAST BARBARITA AVENUE<br>GILBERT, AZ 85234 | $1,397.41 |
| 203 | 05/27/09 | BURTON J. TARKINGTON<br>324 NORTH 101ST WAY<br>MESA, AZ 85207 | $835.53 |
| 208 | 05/27/09 | JENNIFER R. BUCKNER<br>921 W. CURRY STREET<br>CHANDLER, AZ 85225 | $87.33 |
| 210 | 05/27/09 | JEAN K. KING<br>860 N. MCQUEEN RD., #1021<br>CHANDLER, AZ 85225 | $698.38 |
| 217 | 05/27/09 | PATRICIA L. ROSELLI<br>3651 E. BASELINE, #E31<br>GILBERT, AZ 85234 | $1,048.06 |
| 219 | 05/27/09 | AMOS W. BLINSON<br>8717 E. KIVA<br>MESA, AZ 85208 | $1,552.29 |

CASA BLANCA CLINIC
CASE #01-00937-ECF RTB
PAGE -2- UNCLAIMED FUNDS

| # | Date | Name/Address | Amount |
|---|---|---|---|
| 220 | 05/27/09 | HEIDI JOHNSON<br>540 NORTH NASSUA<br>MESA, AZ 85205 | $733.64 |
| 222 | 05/27/09 | MICHAEL S. FLEMING<br>4036 EAST CONTESSA STREET<br>MESA, AZ 85205 | $1,675.73 |
| 224 | 05/27/09 | TONYA JANUSZ<br>536 NORTH YUCCA CIRCLE<br>MESA, AZ 85201 | $1,268.88 |
| 225 | 05/27/09 | LINDA LAUER<br>1264 NORTH RENEE AVENUE<br>HIGLEY, AZ 85236 | $274.23 |
| 227 | 05/27/09 | LAURIE R. TORNQUIST<br>1643 N. SAWYER ST<br>MESA, AZ 85207 | $1,380.18 |
| 231 | 05/27/09 | DEBORAH A. OBENOUR<br>413 EAST HARWELL ROAD<br>GILBERT, AZ 85234 | $329.68 |
| 239 | 5/27/09 | DONNA WATERS<br>1310 N. BLUE MARLIN<br>GILBERT, AZ 85234 | $628.83 |
| 244 | 5/27/09 | KAREN BUCK<br>1235 N. SUNNYVALE, #32<br>MESA, AZ 85205 | $120.82 |
| 246 | 5/27/09 | PATRICIA A. MOORBY<br>450 E. LYNNWOOD STREET<br>MESA, AZ 85204 | $549.07 |
| 247 | 5/27/09 | CHARLES A. MORENE<br>1819 E. JEANINE DRIVE<br>TEMPE, AZ 85284 | $2,274.09 |
| 250 | 5/27/09 | KATHERINE S. McKINNEY<br>11333 CAMINO STREET<br>APACHE JUNCTION, AZ 85220 | $1,121.06 |
| 260 | 5/27/09 | CHERI M. POTT<br>1445 W. PERALTA<br>MESA, AZ 85202 | $2,329.02 |

CASA BLANCA CLINIC
CASE #01-00937-PHX RTB
PAGE -3- UNCLAIMED FUNDS

| 273 | 5/27/09 | MICHAEL G. MERRILL<br>10223 S. 159TH STREET<br>GILBERT, AZ 85234 | $782.55 |
|---|---|---|---|
| 276 | 5/27/09 | MICHELLE M. KELLY<br>7440 E. KIOWA AVENUE<br>MESA, AZ 85208 | $1,408.42 |

The Trustee asks that an Order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $22,388.32 Total Unclaimed Funds, to the Clerk of the Court to be deposited in the Registry thereof.

____January 9, 2010____
DATE

____[signature]____
ROBERT P. ABELE, TRUSTEE